# Order

Michigan Supreme Court
Lansing, Michigan

April 18, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141659(40)

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

RONALD CARL ROSE,
           Defendant-Appellant.
_____

SC: 141659
COA: 290936
Allegan CC: 07-015359-FC

     On order of the Chief Justice, the motion by defendant-appellant for extension of time for filing his brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2011

_____
Clerk